```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LATASHA HODGES
 6
```

 7                    IN THE UNITED STATES DISTRICT COURT

 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,        )  NO. Cr.S. 05-0075 KJM
                                     )
12              Plaintiff,           )
                                     )  STIPULATION AND ORDER
13       v.                          )
                                     )
14  LATASHA HODGES,                  )  Date:  May 12, 2005
                                     )  Time:  10:00 a.m.
15              Defendant.           )  Judge: Hon. Kimberly J. Mueller
                                     )
16  _____  )

17       IT IS HEREBY STIPULATED and agreed to between the United States of

18  America through SAMANTHA SPANGLER, Assistant U.S. Attorney, and

19  defendant, LATASHA HODGES by and through her counsel, LIVIA R. MORALES,

20  Staff Attorney, that the trial confirmation hearing set for April 28,

21  2005, and the jury trial set for May 16, 2005, be vacated and that a

22  change of plea hearing be scheduled for Monday, May 12, 2005 at 10:00.

23  Defense counsel has discussed this continuance with the defendant who

24  is also in agreement with new scheduled date.

25  //

26  //

27  //

28  //

1 | Speedy trial time may be excluded from the date of this order
2 | through the date of the change of plea hearing set for May 12, 2005
3 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 | prepare] (Local Code T4).

Dated: April 27, 2005

                                               Respectfully submitted,

                                               QUIN DENVIR
                                               Federal Defender

                                               /s/ Livia R. Morales
                                               _____
                                               LIVIA R. MORALES
                                               Staff Attorney
                                               Attorney for Defendant
                                               LATASHA HODGES

DATED: April 27, 2005

                                               McGREGOR SCOTT
                                               United States Attorney

                                               /s/ Samantha Spangler
                                               _____
                                               SAMANTHA SPANGLER
                                               Assistant U.S. Attorney

## **O R D E R**

Good cause appearing, the same is hereby ordered.

Dated: April 27, 2005.

                                               _____
                                               UNITED STATES MAGISTRATE JUDGE