```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LATASHA HODGES
 6

 7               IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,      )  NO. Cr.S. 05-0075 KJM
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER
13       v.                        )
                                   )
14  LATASHA HODGES,                )  Date:  July 14, 2005
                                   )  Time:  10:00 a.m.
15              Defendant.         )  Judge: Hon. Kimberly J. Mueller
                                   )
16  _____)
```

17       IT IS HEREBY STIPULATED and agreed to between the United States of

18  America through SAMANTHA SPANGLER, Assistant U.S. Attorney, and

19  defendant, LATASHA HODGES by and through her counsel, LIVIA R. MORALES,

20  Staff Attorney, that the change of plea hearing set for May 12, 2005 be

21  rescheduled for Thursday, July 14, 2005 at 10:00.  Defense counsel has

22  discussed this continuance with the defendant who is also in agreement

23  with new scheduled date.

24  / /

25  / /

26  / /

27  / /

28  / /

Speedy trial time may be excluded from the date of this order through the date of the change of plea hearing set for July 14, 2005 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: May 11, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Livia R. Morales
_____
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
LATASHA HODGES

DATED: May 11, 2005

McGREGOR SCOTT
United States Attorney

/s/ Samantha Spangler
_____
SAMANTHA SPANGLER
Assistant U.S. Attorney

**O R D E R**

Good cause appearing, the same is hereby ordered.

Dated: May 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2