PROB 35     **ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00075-01** |
| ) | |
| **Latasha HODGES** ) | |
| ) | |

On October 6, 2005, the above-named was placed on Probation for a period of 5 years. She has complied with the rules and regulations of supervision and has paid restitution in full. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:     April 14, 2009
               Roseville, California
               DDW:cd

**REVIEWED BY:**     /s/ Richard A. Ertola
                          **RICHARD A. ERTOLA**
                          **Supervising United States Probation Officer**

**Re:    Latasha HODGES**
**      Docket Number:   2:05CR00075-01**
**      ORDER TERMINATING PROBATION**
**      PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

May 5, 2009
**Date**

**KIMBERLY J. MUELLER**
 **United States Magistrate Judge**

Attachment:    Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**RECOMMENDATION TERMINATING
PROBATION PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Docket Number: 2:05CR00075-01** |
| | ) | |
| **LATASHA HODGES** | ) | |
| | ) | |

**LEGAL HISTORY:**

On October 6, 2005, the above-named was placed on Probation for a period of 5 years. Special conditions included a requirement for warrantless search, financial restrictions and disclosure, and 40 hours of unpaid community service (completed). Ms. Hodges was also ordered to pay $7,584 in restitution (paid in full on March 17, 2009); and a special assessment of $25 (paid in full).

**SUMMARY OF COMPLIANCE:**

Ms. Hodges has complied with all conditions and special conditions of Probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Ms. Hodges has derived maximum benefit from supervision and is not in need of continued supervision.

Re: Latasha HODGES
Docket Number: 2:05CR00075-01
**RECOMMENDATION TERMINATING**
**PROBATION PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Probation in this case be terminated early.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated: April 14, 2009
Roseville, California
DDW:cd

**REVIEWED BY:** /s/ Richard A. Ertola
**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

cc: AUSA Certified Law Student (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob. 35 - Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)